# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON FENNIX,<br><br>    Petitioner,<br><br>    v.<br><br>D. K. JOHNSON, Warden,<br><br>    Respondent. | Case No. 1:14-cv-00181-LJO-GSA-HC<br><br>ORDER DENYING REQUEST FOR HEARING<br><br>[Doc. # 17] |

    Petitioner is a state prisoner proceeding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. She is represented in this action by Darren S. Teshima of Orrick, Herrington & Sutcliffe.

    On November 27, 2013, Petitioner filed the instant petition for writ of habeas corpus. She challenges a disciplinary hearing held on January 15, 2012, in which she was found guilty of fighting and assessed a 90 day loss of credits.

    On May 15, 2014, Respondent filed a motion to dismiss the petition. Respondent contends that the petition fails to present cognizable grounds for relief. On June 5, 2014, Petitioner filed an opposition to the motion. On June 12, 2014, Respondent filed a reply to the opposition.

    Also on June 12, 2014, Petitioner filed a request for a hearing and moved that the Court grant oral argument on Respondent's motion to dismiss. Petitioner states that since she is no

1

1 longer proceeding pro se, Local Rule 230(l) is no longer applicable.  She submits that the Court
2 should grant oral argument on the motion pursuant to Local Rule 230(b).  While it is true that
3 Petitioner is no longer pro se, since this is a prisoner action the Court continues to apply Local
4 Rule 230(l).  Generally, the Court decides all motions in prisoner actions on the papers.  In this
5 case, the Court does not find good cause to grant oral argument on the motion.  The matter is
6 sufficiently pleaded that the Court may make a determination without the need for oral argument.
7 Therefore the Court finds that oral argument in this matter is unnecessary.

8     Accordingly, IT IS HEREBY ORDERED that Petitioner's request for hearing is
9 DENIED.

IT IS SO ORDERED.

    Dated:   **August 5, 2014**                                **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE